## LEIGHTON *vs.* BOODY, & AL.

If in the Common Pleas there be verdict and judgment for the defendant, from which the plaintiff appeals, and in this Court recovers less than a hundred dollars, he can have only his costs in the Court below, and the defendant recovers his costs since the appeal.

AT the trial of this cause in the Court below, which was *assumpsit*, a verdict was returned for the defendants and judgment rendered thereon, from which the plaintiff appealed, and in this Court at the last term obtained a verdict for forty five dollars.

*Greenleaf*, for the defendants, thereupon moved for judgment for their costs since the appeal, and that none might be taxed for the plaintiff, pursuant to *Stat.* 1822, *ch.* 193. *sec.* 4.

*Fessenden* and *Deblois* opposed the motion, on the ground that the case was not within the terms of the statute, and it would be unreasonable to punish the plaintiff for coming into this Court to obtain his debt, which was *wholly* denied him in the Court below.

PER CURIAM.   The amount of the verdict in this Court shews clearly that the cause belonged to the jurisdiction of the Court of Common Pleas, and ought there to have been finally settled. The plaintiff therefore can have only the costs accruing in that Court ; and the defendants must be allowed their costs since the appeal, according to the statute.